**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00333-CR**
_____

**SABASTION ELEAZAR PERKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 356th District Court
Hardin County, Texas
Trial Cause No. 27654

**MEMORANDUM OPINION**

Appellant Sabastion Eleazar Perkins was charged with sexual assault, a second-degree felony. *See* Tex. Penal Code Ann. § 22.011. A jury found Perkins guilty and assessed his punishment at sixteen years of confinement. This appeal followed.

Perkins's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See*

1

*Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). After Perkins's counsel filed his brief, we granted an extension of time for Perkins to file a pro se response. Perkins has not filed a response.

Upon receiving an *Anders* brief, this Court must conduct a full examination of the record to determine whether the appeal is wholly frivolous. *Penson v. Ohio*, 488 U.S. 75, 80 (1988) (citing *Anders*, 386 U.S. at 744). We have reviewed the entire appellate record and counsel's brief and have found no reversible error, and we conclude the appeal is wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 827-28 (Tex. Crim. App. 2005). Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

JAY WRIGHT
Justice

Submitted on June 6, 2024
Opinion Delivered July 24, 2024
Do Not Publish

Before Golemon, C.J., Wright and Chambers, JJ.

---

[1] Perkins may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.